IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

------------------------------------------------------x
:
CHARLOTINE DUVERGE           :         3:10 CV 1922 (JGM)
:
v.                           :
:
UNITED STATES OF AMERICA     :
:         DATE: MARCH 2, 2016
------------------------------------------------------x

ORDER REGARDING STATUS REPORTS

The factual and procedural history behind this litigation has been set forth in considerable detail in this Magistrate Judge's Ruling on Defendant's Motion for Summary Judgment, filed April 7, 2014 (Dkt. #68), Order Regarding Appearance for Plaintiff, filed March 25, 2015 (Dkt. #78)["March 2015 Order"], and Ruling on Defendant's Pending Motions, filed January 19, 2016 (Dkt. #89)["January 2016 Ruling"]. The second to last paragraph of the January 2016 Ruling provided as follows:

> **On or before February 26, 2016**, plaintiff's pro bono counsel must communicate with his client and provide copies of **all** of plaintiff's medical records to defendant, including those following her release from prison, and file a Status Report reflecting the same. If the relationship between plaintiff and pro bono counsel is untenable, then, consistent with the March 2015 Order, **on or before February 26, 2016**, either plaintiff's pro bono counsel shall file a Motion for Relief from Appointment consistent with all the provisions of Local Rule 83.10(d), or plaintiff herself shall file a Motion for Discharge pursuant to Local Rule 83.10(e), or both.

(At 2-3)(emphasis in original). The discovery deadline was extended, "once again," until April 29, 2016, including expert discovery, and all dispositive motions are to be filed on or before May 31, 2016. (At 3).

Despite the clear directive of the January 2016 Ruling, plaintiff failed to file any Status Report regarding compliance with discovery or a Motion for Relief from Appointment by February 26, 2016. If such Status Report or Motion for Relief from Appointment is not filed

**on or before March 11, 2016**, the Court will entertain a Motion to Dismiss filed by defendant for plaintiff's non-compliance with the January 2016 Ruling and for the previous instances of non-compliance addressed in the March 2015 Order and January 2016 Ruling.

Dated this 2nd day of March, 2016, at New Haven, Connecticut.

    /s/ Joan G. Margolis, USMJ
Joan Glazer Margolis
United States Magistrate Judge